1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| VALERIE BROOKS individually and on behalf of all others similarly situated, | **CASE NO. 2:20-CV-01355-JAM-DB** |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME TO CONDUCT RULE 26(f) CONFERENCE** |
| v. | **[ECF No. 9]** |
| MARRIOTT INTERNATIONAL, INC. d/b/a THE RITZ-CARLTON HOTEL COMPANY, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive, | |
| Defendants. | |

11
12
13
14
15
16
17
18

19    FOR GOOD CAUSE SHOWN, the Court hereby grants the joint motion to

20  extend time to conduct Rule 26(f) Conference to November 30, 2020.  The deadline

21  for Plaintiff, Valerie Brooks and Defendant, Marriott International, Inc. d/b/a The

22  Ritz-Carlton Hotel Company, LLC to conduct the Rule 26(f) conference is

23  extended to November 30, 2020, which is 61 days following the date on which

24  Defendant's response is currently due.

25    **IT IS SO ORDERED.**

26  DATED:  9/15/2020                          /s/ John A. Mendez

27                                                    Honorable John A. Mendez
                                                         United States District Court Judge
28