UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC. d/b/a THE RITZ-CARLTON HOTEL COMPANY, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | **CASE NO. 2:20-CV-01355-JAM-DB**<br><br>**ORDER GRANTING THIRD STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>[ECF No. 11] |

FOR GOOD CAUSE SHOWN, the Court hereby grants the joint motion to extend time to respond to the initial complaint by twenty-eight days.  The deadline for Defendant, Marriott International, Inc. d/b/a The Ritz-Carlton Hotel Company, LLC to respond to Plaintiff Valerie Brooks' Complaint is extended from September 30, 2020 to October 28, 2020.

**IT IS SO ORDERED.**

DATED: October 1, 2020

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE