Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorney for Plaintiff and Proposed Class*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>MARRIOTT INTERNATIONAL, INC. d/b/a THE RITZ-CARLTON HOTEL COMPANY, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>    Defendants. | CASE NO.: 2:20-cv-01355-JAM-DB<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Valerie Brooks ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled on an individual basis.  A notice of dismissal of Plaintiff's individual claims in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) will be filed upon execution of a formal settlement agreement.  Plaintiff reserves the right to reopen within thirty (30) days if a settlement is not finalized.

Dated: October 28, 2020                    Respectfully Submitted,


                                           /s/ Thiago Coelho
                                           Thiago Coelho
                                           **WILSHIRE LAW FIRM**
                                           *Attorney for Plaintiff and Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 28, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: October 28, 2020            /s/ *Thiago M. Coelho*
                                       Thiago M. Coelho