Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MARRIOTT INTERNATIONAL, INC. d/b/a THE RITZ-CARLTON HOTEL COMPANY, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No.: 2:20-cv-01355-JAM-DB <br><br> Honorable John A. Mendez <br><br> **NOTICE OF DISMISSAL** |

///
///
///
///
///
///
///

1
NOTICE OF DISMISSAL

**TO THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Valerie Brooks ("Plaintiff"), by and through her undersigned counsel hereby voluntarily dismiss all claims and causes of action asserted individually with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Parties shall bear their own fees and costs.

Dated: December 1, 2020                                 Respectfully submitted,

                                                                        _____
                                                                        Thiago M. Coelho
                                                                        **WILSHIRE LAW FIRM**
                                                                        *Attorneys for Plaintiff and
                                                                        the proposed class*